

Jessica Wegg <jessica@sllawfirm.com>

---

**RE: Case 1:23-cv-01647-RLY-KMB Little v. Casey**
1 message

**Ian Richardson** <irichardson@vannattorneys.com>                                    Wed, Jun 19, 2024 at 2:16 PM
To: Keith Butler <KButler@kgrlaw.com>, "annie@sllawfirm.com" <annie@sllawfirm.com>
Cc: "William Bock, III" <wbock@kgrlaw.com>, Kimberly Layton <KLayton@kgrlaw.com>, "lstmartin@rosensaba.com" <lstmartin@rosensaba.com>, "rsaba@rosensaba.com" <rsaba@rosensaba.com>,
"sean.burke@mbcblaw.com" <sean.burke@mbcblaw.com>, Annie Alonso <annie@sllawfirm.com>, Jessica Wegg <jessica@sllawfirm.com>

Keith:

Welcome to the case, we look forward to working with you.

We should probably have a call.  At present there are yet to be ruled upon motions relating to scheduling. Plaintiffs have made a motion to extend case management deadlines (to which your client objected to in her individual capacity prior to your involvement).  Certain of the Defendants have moved to stay discovery.  At present, we have an aggressive set of case management deadlines, which I think we all agree need to be pushed back, stayed, or some combination of both.  However, until those deadlines are addressed I don't know that we can agree to the request for a 4 week extension, though we are certainly amenable to trying to work together to give everyone the time that they need.

I'll be in the office much of tomorrow if you would like to schedule a call.

With warm regards,

**Ian Richardson**

Attorney at Law

(Direct) 919 325 4082 | (RAL) 919 510 8585 | (CLT) 704 496 7495

Raleigh Office | 1720 Hillsborough St. Suite 200, Raleigh, NC 27605

Charlotte Office | 1200 E. Morehead St. Suite 251, Charlotte, NC 28204

irichardson@vannattorneys.com  | website  | blog

Confidentiality Notice:

The information transmitted is intended only for the person or entity to which it is addressed and may contain material which is confidential, proprietary, privileged and/or otherwise legally exempt from disclosure.  If you are not the intended recipient, any review, retention, copying, retransmission, dissemination or other use of, or taking of any action in reliance upon this information by person or entities other than the intended recipient is prohibited.  If you received this in error, please contact the sender and delete the material and any attachments from your computer and network.  There is no intent on the part of the sender to waive any privilege, including the attorney-client privilege.

IRS Circular 230 Notice:

To ensure compliance with requirements imposed by the IRS, unless specifically indicated otherwise, any tax advice contained in this communication (including any attachments) was not intended or written to be used, and cannot be used, for the purpose of avoiding tax related penalties or promoting, marketing or recommending to another party any tax related matter addressed herein. (Circular 230 Disclosure)

---

**From:** Keith Butler <KButler@kgrlaw.com>
**Sent:** Wednesday, June 19, 2024 5:04 PM
**To:** annie@sllawfirm.com; Ian Richardson <irichardson@vannattorneys.com>
**Cc:** William Bock, III <wbock@kgrlaw.com>; Kimberly Layton <KLayton@kgrlaw.com>; lstmartin@rosensaba.com; rsaba@rosensaba.com; sean.burke@mbcblaw.com
**Subject:** Case 1:23-cv-01647-RLY-KMB Little v. Casey

Plaintiffs' Counsel:

I along with Bill Bock, who is CCed, plan on entering our Appearance to represent Nancy Hogshead-Makar and Champion Women, Inc. in this matter.   Would you be agreeable to a four-week extension to file our response?  The Answer is currently due June 27, 2024 [Dkt. 83].  I would like to ask for an extension up to and including July 25, 2024.  I appreciate your consideration.  If there is anything you would like to discuss, feel free to reach out via email or at 317-777-7415.

Thank you,

Keith Butler | Associate



111 Monument Circle Ste 900
Indianapolis, Indiana 46204

Fax: (317) 264-6832

KButler@kgrlaw.com  www.kgrlaw.com

Follow us on Facebook, Twitter, LinkedIn or visit our Blog

CONFIDENTIALITY NOTICE - This e-mail transmission, and any documents, files or previous e-mail transmissions attached to it, contain information that is confidential and may be legally privileged. If you are not the intended recipient of this transmission, or a person responsible for delivering it to the intended recipient, you are notified that you must not read this transmission and that any disclosure, copying, printing, distribution or use of any of the information contained in or attached to this transmission is STRICTLY PROHIBITED.  If you have received this transmission in error, please immediately notify the sender by  telephone or return e-mail and delete the original transmission and its attachments without reading or saving or forwarding it in any manner.  Thank you for your consideration.

---------- Forwarded message ----------
From: Nancy Hogshead-Makar <Hogshead@championwomen.org>
To: Annie Alonso <annie@sllawfirm.com>, Ryan Saba <rsaba@rosensaba.com>, Sean Burke <sean.burke@mbcblaw.com>, "jzonies@zonieslaw.com" <jzonies@zonieslaw.com>, Ian Richardson <irichardson@vannattorneys.com>, Jessica Wegg <jessica@sllawfirm.com>, "Laura St. Martin" <lstmartin@rosensaba.com>
Cc:
Bcc:
Date: Fri, 7 Jun 2024 21:05:09 +0000
Subject: RE: Little v. Casey - CMP deadline extension request

I object.



*Nancy Hogshead, J.D., OLY*

CEO

904-384-8484

https://ChampionWomen.org/
https://TitleIXSchools.com/

**From:** Annie Alonso <annie@sllawfirm.com>
**Sent:** Friday, June 7, 2024 3:00 PM
**To:** Ryan Saba <rsaba@rosensaba.com>; Sean Burke <sean.burke@mbcblaw.com>; jzonies@zonieslaw.com; Ian Richardson <irichardson@vannattorneys.com>; Jessica Wegg <jessica@sllawfirm.com>; Laura St. Martin <lstmartin@rosensaba.com>; Nancy Hogshead-Makar <Hogshead@championwomen.org>
**Subject:** Little v. Casey - CMP deadline extension request

All -

We would like to request a 125 day extension of a few deadlines in this matter, specifically the following: liability discovery, MSJ deadline, final w&e lists, expert discovery, and the trial. Does anyone object?

I will also be asking for deadlines for the newer parties to provide witness and exhibits lists as well as initial disclosures.

Thanks,

Annie

--

**Annemarie Alonso**

Saeed & Little LLP
Attorney at Law in IN, CO & WA

133 W. Market St., #189

Indianapolis, IN 46204
317-721-9214

This message contains confidential information and is intended only for the individual named. If you are not the named addressee you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. E-mail transmission cannot be guaranteed to be secure or error-free as information could be intercepted, corrupted, lost, destroyed, arrive late or incomplete, or contain viruses. The sender therefore does not accept liability for any errors or omissions in the contents of this message, which arise as a result of e-mail transmission. If verification is required please request a hard-copy version.

**RE: Little v. Casey - CMP deadline extension request.eml**
113K